No. 10-1126. **Jacob C. Springer, Petitioner v. Steve Perryman, Judge, Circuit Court of Alabama, Randolph County, et al.**

563 U.S. 988, 131 S. Ct. 2455, 179 L. Ed. 2d 1210, 2011 U.S. LEXIS 3721,

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 457.